IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KENNETH FREELING** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:15-cv-01968 |
| | * | |
| **BARCLAYS BANK PLC** | * | **JURY TRIAL DEMANDED** |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PRAECIPE/NOTICE TO CORRECT DOCKET ENTRY**

**WILL THE CLERK OF THE COURT** please correct Docket Entry ECF 1 to read "Complaint against Barclays Bank, PLC" replacing "Complaint against kenneth freeling . . ."

Respectfully submitted,

  */s/ Charles S. Fax*
Charles S. Fax, Esq.
D.C. Bar No. 198002
Liesel J. Schopler, Esq.
D.C. Bar No. 984298
Rifkin, Weiner, Livingston, Levitan
& Silver, LLC
7979 Old Georgetown Road
Suite 400
Bethesda, Maryland 20814
Telephone: (301) 951-0150
Cell Phone: (410) 274-1453
Email: cfax@rwlls.com
Attorneys for Plaintiff Kenneth Freeling

DATE:  November 6, 2015