# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

KENNETH FREELING

        Plaintiff          Civil No.     15-1968 (APM)

    vs.

BARCLAYS BANK PLC          Category     M

        Defendant

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on Nov 10, 2015 from Judge Ellen S. Huvelle to Judge Amit P. Mehta by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case Management Committee

cc:    Judge Ellen Segal Huvelle    & Courtroom Deputy
       Judge Amit P. Mehta    & Courtroom Deputy
       Liaison, Calendar and Case Management Committee