**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **KENNETH FREELING,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 15-cv-01968-APM |
| | * | |
| **BARCLAYS BANK PLC,** | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* * * * * * * * * * * * * * * * * * * * * * *

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Kenneth Freeling and Defendant Barclays Bank PLC, by their respective attorneys and under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the present action with prejudice.

| | |
|---|---|
| */s/ Charles S. Fax* | */s/ Jonathan Shaw* |
| Charles S. Fax | Jonathan Shaw |
| Rifkin, Weiner, Livingston, Levitan & Silver, LLC | Boies, Schiller & Flexner, LLP |
| 7979 Old Georgetown Road | 5301 Wisconsin Avenue, N.W. |
| Suite 400 | Washington, D.C. 20015 |
| Bethesda, Maryland 20814 | Telephone: (202) 274-1123 |
| Telephone: (301) 951-0150 | Cell Phone: (240) 383-8758 |
| Cell Phone: (410) 274-1453 | Email: jshaw@bsfllp.com |
| Email: cfax@rwlls.com | |
| | |
| Attorney for Plaintiff, Kenneth Freeling | Attorney for Defendant, Barclays Bank PLC |

Dated: May 16, 2016